UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
Antonio Rodriguez,
                        Plaintiff,

-against-

3rd Ave 26 Rest. Corp. et al.,
                        Defendants.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 28, 2021

1:19-cv-4342 (ALC) (GWG)

**ORDER APPROVING SETTLEMENT**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the revised fairness letter and proposed FLSA Settlement Agreement filed by the parties on December 3, 2021. ECF No. 40. Upon review of the proposed Settlement Agreement, as well as the accompanying fairness letter, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and its progeny, the Court finds that the Settlement Agreement is adequate, fair and reasonable. The Settlement Agreement is hereby **APPROVED**. Accordingly, this matter is discontinued with prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated:    December 28, 2021
              New York, New York

                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**